107 A.3d 748

Vamsidhar VURIMINDI, Petitioner

v.

COMMONWEALTH of Pennsylvania
and Ann Boris, Respondents.

No. 168 EM 2014.

Supreme Court of Pennsylvania.

Jan. 6, 2015.

## ORDER

PER CURIAM.

AND NOW, this 6th day of January, 2015, the Application for Extraordinary Relief is DENIED.